**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 1, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00644-CV

---

## IN RE RED LINE LOGISTICS, LLC AND ZORAN HOLILOVIC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-40875**

---

## MEMORANDUM OPINION

On August 30, 2023, relators Red Line Logistics, LLC and Zoran Holilovic filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Ravi K. Sandill, presiding judge of the 127th District Court of Harris County, to vacate his July 21, 2023 oral order granting real party in

interest Ramon Somoza's motion for continuance of relators' special appearances and ordering relators to respond to written discovery by September 5, 2023.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. Additionally, all pending motions are denied as moot.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.